CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AHOTE TAYSIR MULAZIM, a/k/a HAROLD V. CARPENTER<br>Plaintiff, | Misc. Case No. 7:06mc00006 |
| v. | **MEMORANDUM OPINION** |
| GENE JOHNSON, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

This matter is before the court on Ahote Taysir Mulazim's motion, through which Mulazim appears to seek review of a state court decision dismissing his conditions of confinement claim. Lower federal courts do not have jurisdiction to review the judgments of state courts on appeal. Plyer v. Moore, 129 F.3d 728, 731 (4th Cir. 1997). See also District of Columbia Ct. App. V. Feldman, 460 U.S. 462, 482-86 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413, 415-16 (1923). Jurisdiction for appellate review of state court judgments lies exclusively with superior state courts and, ultimately, with the United States Supreme Court. Plyer, 129 F.3d at 731; 28 U.S.C. §1257. Thus, Mulazim cannot appeal the state court's decision in this court, and the court denies his motion.

ENTER: This 7th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE