CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AHOTE TAYSIR MULAZIM, a/k/a HAROLD V. CARPENTER<br>Plaintiff, | Misc. Case No. 7:06mc00006 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Mulazim's motion is **DENIED**, and this matter is **STRICKEN** from the active docket of the court. Any pending motions are **DENIED** as moot. The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 7th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE